

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2019

No. 04-18-00211-CV

Nancy L. **TANKERSLEY** and Charlie R. Tankersley,
Appellants

v.

**TRIPLE I. RANCHES**, A Texas Partnership,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 13940
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

Appellee has filed a document asking this court to issue an order requiring the clerk of the court to issue a writ of *scire facias* mandating an appearance in this court by a personal representative for appellant Charlie R. Tankersley for purposes of prosecuting the appeal in light of Mr. Tankersley's alleged death. Appellee further requests that in the event an appearance by a personal representative is not made in a timely manner, that we dismiss the appeal for want of prosecution. Pursuant to this court's order of October 16, 2018, this appeal has been abated and removed from the court's active document based on appellants' filing of a notice of bankruptcy. As stated in our abatement order, and in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure, our abatement may be lifted and the appeal reinstated on the court's active docket upon the filing of a motion to reinstate the appeal by a party. *See* Tex. R. App. P. 8.3. Although appellants filed what we interpreted to be a motion to reinstate in December 2018, they failed to attach a certified copy of the bankruptcy court's order dismissing the bankruptcy as required by Rule 8.3. *See id.* Accordingly, we denied the motion. Because the abatement is still in effect due to the failure of a party to comply with Rule 8.3, we **DENY** appellee's requested relief.

We **order** the clerk of this court to serve a copy of this order on appellants and all counsel.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2019.



_____
KEITH E. HOTTLE,
Clerk of Court